**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. <u>  1:22-mj-02104-Reid  </u>

UNITED STATES OF AMERICA

vs.

ELVIN JOEL AGUILERA RAUDALES,

   **Defendant.**
_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?            No

2.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?      No

3.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?            No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:    /s/*Lacee Elizabeth Monk*
        LACEE ELIZABETH MONK
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 0100322
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9427
        Fax: (305) 530-7976
        Lacee.Monk@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:22-mj-02104-Reid |
| ELVIN JOEL AGUILERA RAUDALES, | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 20, 2022 - January 21, 2022____ in the county of ____Miami-Dade____ in the ____Southern____ District of ____Florida____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a)(1), (b)(1), and 1594 | Attempted Sex Trafficking of a Minor; and |
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_Lashonda Simpson_
_____
_Complainant's signature_

Lashonda Simpson, Special Agent, HSI
_____
_Printed name and title_

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  Face Time.

Date: ____January 22, 2022____

_____
_Judge's signature_

City and state: ____Miami, Florida____

Hon. Lisette M. Reid U.S. Magistrate Judge
_____
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Lashonda Simpson, having been duly sworn, hereby depose and state:

## AGENT BACKGROUND

1.        I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and have been so employed since September 2005. I transferred to the United States Food and Drug Administration, Office of Criminal Investigations in June 2019, but returned to HSI in September 2021. Thus, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in Title 18, United States Code, Sections 1591, 2252, and 2422.

2.        I currently serve as part of the Human Trafficking Group and the South Florida Human Trafficking Task Force in the Special Agent in Charge ("SAC") Miami Office. My duties include the investigation of crimes involving sex trafficking. I have also conducted and assisted in human trafficking investigations. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants.

3.        This affidavit is submitted in support of a criminal complaint charging ELVIN JOEL AGUILERA RAUDALES ("AGUILERA") with attempted sex trafficking of a minor, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and 1594(a); and attempted coercion and enticement of a minor to engage in sexual activity, in violation of Title 18, United States Code, Section 2422(b).

4.      As explained below, there is probable cause to believe that, on or between January 20 and 21, 2022, in Miami-Dade County, in the Southern District of Florida, AGUILERA did knowingly attempt to, in and affecting interstate and foreign commerce, entice, obtain, solicit, and patronize by any means a person, knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

5.      There is also probable cause to believe that, on or between January 20 and 21, 2022, in Miami-Dade County, in the Southern District of Florida, AGUILERA, using a facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense.

6.      This affidavit is based on my personal investigation and investigation by others, including federal and local law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by interviewing witnesses and examining documents obtained in the course of the investigation as well as through other means. This affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

**FACTUAL BACKGROUND**

7.      Beginning on or about January 19, 2022, law enforcement posted an advertisement on a website commonly used to advertise prostitution services that contained images of what appeared to depict two young females and the following language in Spanish:

> Una experiencia nica en Miami [fire emoji] [fire emoji] Buscas algo de diversin, tengo un par [two girl emoji] [female sign emoji] de chicas hermosas y frescas listas para jugar y ofrecer una nocha caliente [lollipop emoji] [peach emoji] Ven, reglate un regalo antes de San Valentin [black heart emoji] [fire emoji] Tal vez puedes probar algo ms dulce que chocolate [chocolate emoji] [candy emoji] Estas interesado manda texto para detalles

2

*(TRANSLATION: "Ready 4 hot [fire emoji] [peach emoji] Miami night or 2 [two girl emoji] lookin for some fun, gotta couple of beautiful fresh girls ready to play and deliver a unique experience [lollipop emoji] [peach emoji] cum treat urself to an early Valentines treat [black heart emoji] maybe u can dip into something a little sweeter than chocolate [chocolate emoji] [candy emoji] TEXT 4 DETAILS")*

8.      The advertisement listed the age as 21 years old[1] and contained a contact phone number (the "Advertisement Number") that was monitored by law enforcement and operated by an undercover officer ("UC1").

9.      On or about January 20, 2022, a text conversation between UC1 using the Advertisement Number and the user of a phone number ending in 9257 (the "9257 Number") ensued. In the text message conversation, UC1 stated that she had two minor girls available, ages 12 years old and 14 years old. The user of the 9257 Number indicated that he was interested. The user of the 9257 Number then inquired where the "appointments" would take place and UC1 confirmed that the appointments would take place in Doral, Florida.

10.     That same day, the Advertisement Number received a call from the 9257 Number. An undercover officer ("UC2") answered the call.  In sum, the user of the 9257 Number confirmed the details of the commercial sex act that he wanted to engage in with one of the minor girls. For example, the user of the 9257 Number stated that he wanted to know more about the "girls" and asked whether he could schedule an appointment. UC2 told the user of the 9257 Number that she was the girls' mother. The user of the 9257 Number ultimately agreed on a 30-minute session for $150 with just one of the girls, but indicated that he would potentially pay more if the minor girl

---

[1] The website utilized by law enforcement requires users to be at least 21 years old to utilize the website's services.

"treats me good." The user of the 9257 Number also asked whether he could schedule more than one visit with the minor girl.

11.     The user of the 9257 Number continued to exchange text messages with the Advertisement Number. These text messages continued into the following day. In these messages, UC1 asked the user of the 9257 Number to confirm which of the minor girls the user of the 9257 Number was interested in. The user of the 9257 Number stated that he was interested in the 12-year-old minor—the younger of the two girls.

12.     UC1 then asked whether the user of the 9257 Number was interested in "regular sex" or anal sex. The user of the 9257 Number then replied that he was interested in "normal" sex and confirmed that he would bring condoms:

| Advertisement Number | pero no te preocupes yo te la voy a tener lista.. recuerdame a cual ibas a kere ver? es k me llegan tantos mensajes k me confundo<br><br>(*TRANSLATION: "But don't worry, I'm going to have it ready for you. Remind me which one were you going to see? is that I get so many messages that I get confused"*) |
|---|---|
| 9257 Number | La de 12<br><br>("*the 12*") |
| Advertisement Number | ah deberas y solo kieres sexo regualar? x k ella esta pekena y no hace sexo anal .. pero si eso es lo k kieres la de 14 mi samantha ella si hace sexo anal y kieres usar condon o no? x k sin condon son $50 mas y si kieres sexo anal tambien son $50 mas<br><br>(*TRANSLATION: "Oh really and you just want regular sex? because she's petite and she doesn't have anal sex .. but if that's what you want the 14-year-old my samantha she does have anal sex and do you want to use a condom or not? because without a condom it's $50 more and if you want anal sex it's also $50 more"*) |
| 9257 Number | Yo quiero normal<br><br>(*TRANSLATION: "I want normal"*) |
| Advertisement Number | ah ok si esta bien... y vas a traer condon o no kieres usar uno? mi sara esta en la pastilla pero tienes k estar limpio si no kieres usar condon corazon |

| | |
|---|---|
| | (TRANSLATION: "oh ok yes that's fine... and are you going to bring a condom or don't you want to use one? my sara is on the pill but you have to be clean if you don't want to use a condom sweetheart") |
| 9257 Number | Yo siempre estoy limpio soy muy joven<br><br>(TRANSLATION: "I'm always clean I'm very young") |
| Advertisement Number | a muy bien entonces vas a kerer usar uno o no? yo tengo unos aki pero si kieres usar los tuyos pues te los traes porfa<br><br>(TRANSLATION: "very well then you will want to use one or not? I have some here but if you want to use yours then please bring them") |
| 9257 Number | Ok Tengo<br><br>(TRANSLATION: "ok i have") |

13. Later, UC1 and the user of the 9257 Number confirmed the details of the commercial sex act that the user of the 9257 Number was interested in:

| | |
|---|---|
| Advertisement Number | si corazon esta bien en cuanto este mi sarita lista yo te marco.. entonces van a ser 150 por media hora con sexo normal con sarita la de 12 esta bien<br><br>(TRANSLATION: "yes, my love that's fine, as soon as my sarita is ready, I'll mark you... then it will be 150 for half an hour with normal sex with sarita, the 12-year-old, that's fine") |
| 9257 Number | Ok listo yo quería saber la hora porque tengo que salir A otro lugar<br><br>(TRANSLATION: "Ok ready I wanted to know the time because I have to go to another place") |

14. On or about January 21, 2022, UC2 and the user of the 9257 Number spoke again over the phone. During this call, UC2 provided the user of the 9257 Number with a physical address of a hotel in Doral, Florida ("Hotel") as the location of the date with the minor girl. UC2 also asked the user of the 9257 Number to bring a McDonald's meal for the minor girl.

5

15.     That same day, on or about January 21, 2022, AGUILERA arrived at the Hotel. UC2 was already present. AGUILERA met with UC2 and gave her $150 in cash (the agreed upon price of the commercial sex act) and the McDonald's meal that he purchased for the minor girl.

16.     Following the exchange of the cash, law enforcement arrested AGUILERA and took him into custody.

17.     During a post-*Miranda* interview, AGUILERA stated that he thought he had been arrested by law enforcement because he went to the Hotel to engage in "relations." AGUILERA also stated that the advertisement did not state the age of the girls in the photos and that he thought the girls looked to be of age. AGUILERA later admitted that he was aware that the girls were 12 and 14 years old because their mother told him their ages. AGUILERA told law enforcement that he knew it was wrong to have sex with a minor. AGUILERA later indicated that he thought it would be okay to do it because their mother was fine with it.

18.     AGUILERA claimed that he felt "pressured" to go through with it, but also admitted that he voluntarily drove to the Hotel to engage in commercial sex acts with the minor girl. Had law enforcement not intervened, AGUILERA stated that he would have most likely have had sex with the 12-year-old minor girl.

## CONCLUSION

19.     Based on the foregoing, I respectfully submit that there is probable cause to support

a criminal complaint charging AGUILERA with attempted sex trafficking of a minor, in violation

of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and 1594(a); and attempted coercion

and enticement of a minor to engage in sexual activity, in violation of Title 18, United States Code,

Section 2422(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Lashonda Simpson, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by FaceTime, on this  22  day of January, 2022,
at Miami, Florida.

HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

7